*et al.* The petition for writ of certiorari is denied. Mr. Justice Joslin did not participate. *Natale L. Urso, Thomas J. Liguori, Jr.,* for petitioner. *Breslin, Sweeney & Gordon, David F. Sweeney,* for Chariho School Committee, for respondent.

M. P. No. 78-324. BERTHA TABARES *v.* MEMBERS OF THE BOARD OF REVIEW OF THE DEPARTMENT OF EMPLOYMENT SECURITY. The petition for writ of certiorari is denied. Mr. Justice Joslin did not participate. *Zietz, Sonkin, Radin & Mittleman, Louis Baruch Rubinstein,* for petitioner. *Joseph R. De Ciantis,* Legal Counsel, Board of Review, for respondent.

M. P. No. 78-352. ERWIN M. BOSLER *v.* MITCHELL SUGARMAN. The petition for writ of certiorari is denied. The stay previously issued in this case is dissolved. Mr. Justice Joslin did not participate. *Temkin, Merolla & Zurier, Charles C. Dupre, Amedeo C. Merolla,* for plaintiff-respondent. *Smith & Smith, Z. Hershel Smith,* for defendant-petitioner.

APPEAL No. 76-456. FILOMENA UCCI *v.* JAMES MANCINI *et al.* Defendants' petition for reargument is denied. Mr. Justice Joslin did not participate. *Joseph F. Penza, Jr.,* for plaintiff. *Dick & Hague, William F. Hague, Jr.,* for defendants.

December 19, 1978.

APPEAL No. 77-318. MARIO MARZIALE, SR. *et al. v.* LOUISE A. GAMA *et al.* This case comes before the court on an order to show cause why the appeal of plaintiff Mario Marziale, Sr. from the denial of a new trial in a rear-end collision case should not be dismissed.

The jury found that although the plaintiff was not negligent, he was not entitled to recover from defendant Foster because he had suffered no injuries as a result of the accident, even though defendant Foster was found to be solely responsible for the accident.

An examination of the briefs and record in this case causes